UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD B. FORD,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>FOX, Warden,<br><br>　　　　　Respondent. | Case No. CV 17-05862-PSG (KES)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

DATED: 1/25/18

Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE